**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02547-CMA-KLM

BOND SAFEGUARD INSURANCE COMPANY,

    Plaintiff,

v.

JIMMY CAMP DEVELOPMENT, INC., a/k/a JIMMY CAMP DEV., INC.,
   a/k/a JIMMY CAMP, LLC,
ALLEN D. VAN WHYHE,
CARY L. CARPENTER, and
GEORGE KRAMER,
    Defendants.

---

## ORDER ENTERING DEFAULT JUDGMENT

This matter is before the Court on Plaintiff's "Renewed Motion for Entry of Default Judgment Against Defendant Jimmy Camp Development, Inc." (Doc. # 20) and "Motion for Entry of Default Judgment Against [Defendants] Allen D. Van Wyhe and Cary L. Carpenter" (Doc. # 23).  The Court, having reviewed these two motions and being fully advised in the premises, hereby

ORDERS that Plaintiff's motions for entry of default judgment (Doc. ## 20, 23) are GRANTED.  Default judgment shall enter in favor of Plaintiff against Defendants Jimmy Camp Development, Inc., Allen D. Van Wyhe, and Cary L. Carpenter, jointly and severally, in the sum certain amount of $333,355.15 as of the date of this Order, pursuant to Fed. R. Civ. P. 55(b).

    DATED:  January __25__, 2012

                                            BY THE COURT:

                                            *[signature]*
                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge