IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02547-CMA-KLM

BOND SAFEGUARD INSURANCE COMPANY,

    Plaintiff,

v.

JIMMY CAMP DEVELOPMENT, INC.,
   a/k/a JIMMY CAMP DEV., INC., a/k/a JIMMY CAMP, LLC,
ALLEN D. VAN WHYHE,
CARY L. CARPENTER, and
GEORGE KRAMER,

    Defendants.

## ORDER RE: GARNISHMENT OF WELLS FARGO – PARTIAL RESOLUTION

The Court, having reviewed the Stipulated Verified Motion For Partial Resolution of Garnishment Issues Between Plaintiff and Cumberland Green Metropolitan District ("Motion") (Doc. # 65), and being fully advised of the premises, ORDERS that the Motion is GRANTED.

    1.    Wells Fargo is currently holding $312,612.33 of funds in an account of the Cumberland Green Metropolitan District ("District") as a result of Wells Fargo's Answer to a writ of garnishment ("writ") filed with the Court on March 7, 2013.

    2.    $200,000.00 of the $312,612.33 referred to in the preceding paragraph is hereby released from the impact of the writ so that the District will satisfy its obligation to

provide the unencumbered $200,000.00 reserve fund described in the Motion, and the funds shall be used for no other purpose.

3. As of the time of the filing of the Motion, the said $200,000.00 shall be considered unencumbered by the writ.

4. Wells Fargo shall continue to hold the remaining funds in the account for the District maintained at Wells Fargo until it receives further Orders of this Court.

5. Upon receipt of this Order, the District shall immediately inform Wells Fargo of its entry.

DATED: April __05__, 2013

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge