**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02547-CMA-KLM

BOND SAFEGUARD INSURANCE COMPANY,

    Plaintiff,

v.

JIMMY CAMP DEVELOPMENT, INC.,
a/k/a JIMMY CAMP DEV., INC., a/k/a JIMMY CAMP, LLC,
ALLEN D. VAN WHYHE,
CARY L. CARPENTER, and
GEORGE KRAMER,

    Defendants.
_____

ORDER VACATING HEARING AND GRANTING STIPULATED MOTION
_____

THE COURT hereby vacates the hearing set in this case for 1:30 PM on December 17, 2013, and grants the Stipulated Motion to Resolve and Vacate December 17, 2013 Traverse Hearing ("Stipulated Motion") filed by Bond Safeguard Insurance Company ("BSIC") and Cumberland Green Metropolitan District ("District"). Regarding the writs of garnishment served by BSIC upon the District in the captioned action, BSIC and the District shall have the rights and obligations set forth in the Stipulated Motion.

Dated this 23rd day of December , 2013.

                                            BY THE COURT:

                                            _____
                                            Christine M. Arguello
                                            United States District Judge